453 A.2d 333

COMMONWEALTH of Pennsylvania

v.

Garrett BARCLAY, Appellant.

Supreme Court of Pennsylvania.

Argued Dec. 6, 1982.

Decided Dec. 29, 1982.

Alan M. Shpigel, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Michael L. Turner, Philadelphia, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Judgment of sentence affirmed.